1  Kathyleen A. O'Brien (SBN 94218)
   Email: kobrien@reedsmith.com
2  Jeffrey C. Ingram (SBN 288028)
   Email: jingram@reedsmith.com
3  REED SMITH LLP
   1901 Avenue of the Stars, Suite 700
4  Los Angeles, CA 90067-6078
   Telephone: +1 310 734 5200
5  Facsimile: +1 310 734 5299

6  Michael A. Garabed (SBN 223511)
   Email: mgarabed@reedsmith.com
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071-1514
   Telephone: +1 213 457 8000
9  Facsimile: +1 213 457 8080

10 Attorneys for Plaintiff SWEET PEOPLE
   APPAREL, INC. D/B/A MISS ME

11



12                **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**

13 SWEET PEOPLE APPAREL, INC. d/b/a      Case No.: CV13- 3641 DMG (FFMx)
   Miss Me, a California corporation,

14                                        COMPLAINT FOR:
                          Plaintiff,
15                                        (1) Copyright Infringement in Violation
            v.                                of 17 U.S.C. § 501;
16                                        (2) Copyright Infringement in Violation
   DIAMANTE D JEANS, INC.,                    of 17 U.S.C. § 501;
17                                        (3) Copyright Infringement in Violation
                          Defendant.          of 17 U.S.C. § 501;
18                                        (4) Copyright Infringement in Violation
                                              of 17 U.S.C. § 501;
19                                        (5) Copyright Infringement in Violation
                                              of 17 U.S.C. § 501;
20                                        (6) Copyright Infringement in Violation
                                              of 17 U.S.C. § 501;
21                                        (7) Copyright Infringement in Violation
                                              of 17 U.S.C. § 501;
22                                        (8) Copyright Infringement in Violation
23                                            of 17 U.S.C. § 501;
                                          (9) Trademark Infringement &
24                                            Counterfeiting in Violation of 15
25                                            U.S.C. § 1114
                                          (10) Unfair Competition in Violation of
26                                             California Bus. & Prof. Code
                                               §§ 17200 *et seq.*
27
                                          DEMAND FOR JURY TRIAL
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiff Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") ("Plaintiff"), by and through its undersigned attorneys, complains of Defendant Diamante D Jeans, Inc. ("Diamante" or "Defendant") and alleges as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338.  Plaintiff's claims are predicated upon the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.*, the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.*, and substantial and related claims under the statutory and common law of the State of California.

2.    Venue is properly founded in this judicial district pursuant to 28 U.S.C. § 1391(b), because Sweet People alleges on information and belief that a substantial part of the events giving rise to the claims herein occurred within this judicial district and because Defendant is subject to the court's personal jurisdiction in this judicial district with respect to this action.

## NATURE OF THE ACTION

3.    Sweet People seeks injunctive relief and damages for acts of copyright infringement and unfair competition engaged in by Defendant in violation of the laws of the United States and the State of California.

4.    In particular, this case concerns Defendant's willful, deliberate and systematic targeting of Sweet People, and its infringement of eight of Sweet People's distinctive and popular designs used on and in connection with its highly successful lines of jeanswear products.  After substantial resources were expended by Sweet People in creating, promoting and selling jeanswear products displaying such designs on the back pockets, and after consumers had come to recognize such designs and associate them exclusively with Sweet People, Defendant introduced jeanswear products displaying virtually identical designs in exactly the same location.  This conduct was in bad faith, was undertaken without Sweet People's consent, and was engaged in by Defendant deliberately so that it could directly compete with Sweet

People.

## **THE PARTIES**

5.     Sweet People is a corporation duly organized and existing under the laws of the State of California, and maintains its principal place of business at 4715 S. Alameda Street, Los Angeles, California, 90058.

6.     According to the California Secretary of State's website, Defendant is a corporation whose principal place of business is located at 2640 East 37th Street in Los Angeles, California, 90058.

## **SWEET PEOPLE'S BUSINESS**

7.     Sweet People manufactures, promotes, sells and distributes high-quality jeanswear and denim products throughout the United States, including in this judicial district, under the Miss Me brand name.   Sweet People's line of Miss Me brand jeanswear products are sold at retail by such well-known fashion retailers and department stores as Macy's, Dillards and The Buckle, both in-store and online.

8.     Over the past several years, the Miss Me brand of jeanswear and denim products has become very popular in the highly competitive jeanswear market.  Due to its popularity, Sweet People's Miss Me jeanswear has received extensive media coverage and has appeared in numerous widely circulated fashion magazines, including *In Style*, *Elle*, *Glamour*, *Lucky*, *944 Magazine*, *Harper's Bazaar*, *Teen Vogue* and *Nylon*.   In addition, celebrities such as Miley Cyrus, Paris Hilton and Beyonce have been photographed wearing Miss Me jeanswear.

9.     Among the many elements that identify Miss Me brand jeanswear products and distinguish them from the products of Sweet People's competitors are the unique and distinctive designs created by Sweet People and embroidered onto and/or otherwise affixed to its jeanswear products.  Such designs are used repeatedly by Sweet People on its Miss Me brand of jeanswear products, and have come to exclusively identify Sweet People as the source of such products.

10.     Among Sweet People's most important assets are the intellectual

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

property rights it owns in and to the unique and distinctive designs used on and in connection with its Miss Me line of jeanswear products.  As detailed below, such designs, which are subject to copyright protection, include the following eight Sweet People designs, as set out in detail below:  (1) the Wide M Pocket Stitch Design; (2) the Paris Design; (3) the Cross Wing Design; (4) the Ivy Cross Design; (5) the Beaded Cross Design; (6) the Sparkle Cross Design; (7) the Star Struck Design; and (8) the Island Flower Design.

## SWEET PEOPLE'S DESIGN COPYRIGHTS

11.     Sweet People owns all right, title and interest to the U.S. Copyright Registration No. VA 1-733-503, the Wide M Pocket Stitch Design (the "M Pocket Design"), which constitutes original and copyrightable subject matter under the U.S. Copyright Act.  A copy of the registration certificate for Sweet People's M Pocket Design Copyright and an image of the M Pocket Design as it appears on a pair of Sweet People's jeans are attached hereto as Exhibit A.

12.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to Sweet People's M Pocket Design Copyright.

13.     Sweet People owns all right, title and interest to the U.S. Copyright Registration No. VA 1-770-595, the Paris Design JP5341B (the "Paris Design"), which constitutes original and copyrightable subject matter under the U.S. Copyright Act.  A copy of the registration certificate for Sweet People's Paris Design Copyright and an image of the Paris Design as it appears on a pair of Sweet People jeans are attached hereto as Exhibit B.

14.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to Sweet People's Paris Design Copyright.

15.     Sweet People owns all right, title and interest to the U.S. Copyright Registration No. VA 1-740-392, the Cross Wing JP5117 Design (the "Cross Wing Design"), which constitutes original and copyrightable subject matter under the U.S. Copyright Act.  A copy of the registration certificate and an image of the Cross Wing

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Design as it appears on a pair of Sweet People jeans are attached hereto as Exhibit C. The registration was supplemented to correct the date of completion and publication.

16.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to Sweet People's Cross Wing Design Copyright

17.     Sweet People owns all right, title and interest to the U.S. Copyright Registration No. VA 1-786-494, the Ivy Cross JP5335 Design (the "Ivy Cross Design"), which constitutes original and copyrightable subject matter under the U.S. Copyright Act.  A copy of the registration certificate for Sweet People's Ivy Cross JP5335 Design Copyright and an image of the Ivy Cross Design as it appears on a pair of Sweet People jeans are attached hereto as Exhibit D.

18.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to Sweet People's Ivy Cross Design Copyright.

19.     Sweet People owns all right, title and interest to the U.S. Copyright Registration No. VA 1-741-621, the Beaded Cross JP5046 Design (the "Beaded Cross Design"), which constitutes original and copyrightable subject matter under the U.S. Copyright Act.  A copy of the registration certificate for Sweet People's Beaded Cross Design Copyright and an image of the Beaded Cross Design as it appears on a pair of Sweet People jeans are attached hereto as Exhibit E.

20.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to Sweet People's Beaded Cross Design Copyright.

21.     Sweet People owns all right, title and interest to the U.S. Copyright Registration No. VA 1-716-852, the Sparkle Cross Design (the "Sparkle Cross Design"), which constitutes original and copyrightable subject matter under the U.S. Copyright Act.  A copy of the registration certificate for Sweet People's Sparkle Cross Design Copyright and an image of the Sparkle Cross Design as it appears on a pair of Sweet People jeans are attached hereto as Exhibit F.

22.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to Sweet People's Sparkle Cross Design Copyright.

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

23.     Sweet People owns all right, title and interest to the U.S. Copyright Registration No. VA 1-800-251, the Star Struck JW 6043 Design (the "Star Struck Design"), which constitutes original and copyrightable subject matter under the U.S. Copyright Act.  A copy of the registration certificate for Sweet People's Star Struck Design Copyright and an image of the Star Struck Design as it appears on a pair of Sweet People jeans are attached hereto as Exhibit G.

24.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to Sweet People's Star Struck Design Copyright.

25.     Sweet People owns all right, title and interest to the U.S. Copyright Registration No. VA 1-827-453, the Island Flower JP 5473B Design (the "Island Flower Design"), which constitutes original and copyrightable subject matter under the U.S. Copyright Act.  A copy of the registration certificate for Sweet People's Island Flower Copyright and an image of the Island Flower Design as it appears on a pair of Sweet People jeans are attached hereto as Exhibit H.

26.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to Sweet People's Island Flower Design Copyright.

27.     The Sweet People M Pocket Design, the Paris Design, the Cross Wing Design, the Ivy Cross Design, the Beaded Cross Design, the Sparkle Cross Design, the Star Stuck Design and the Island Flower Design Copyrights are collectively hereinafter referred to as the "Sweet People Copyrighted Designs."

## SWEET PEOPLE'S DESIGN TRADEMARK

28.     Sweet People owns trademark rights in certain unique and distinctive designs it uses on and in connection with its Miss Me brand of jeanswear products.

29.     Among the design trademarks owned and used by Sweet People is its distinctive Wide M Design embroidered onto the rear pocket of its Miss Me line of jeanswear products (the "Wide M Design Trademark"), which Sweet People created in 2008 and has been in continuous use by Sweet People on jeanswear products since at least as early as August 15, 2008.

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

30.   The Wide M Design Trademark is the subject of U.S. Trademark Registration No. 4,039,938, registered on October 11, 2011 on the Supplemental Register for apparel products.  Sweet People's trademark registration for the Wide M Design Trademark is in full force and effect.  A copy of the registration certificate for the Wide M Design Trademark is attached hereto as Exhibit I.  A photograph of the Wide M Design Trademark appears below at Paragraph 33 and is also attached as part of Exhibit A.

31.   The Sweet People Wide M Design Trademark is unique to Sweet People.  Further, given its innovative design characteristics, the Sweet People M Design Trademark is an inherently distinctive identifier that became immediately associated with the Miss Me brand jeans and Sweet People.

32.   In addition, since its introduction, Sweet People has made exclusive and continuous use of the Wide M Design Trademark on Miss Me apparel.  Presently, Sweet People products bearing the Wide M Design Trademark are distributed and sold through prominent retailers worldwide, including retailers such as Macy's, Dillard's, and The Buckle.  In addition, products bearing the Wide M Design Trademark are available for sale on-line at Sweet People's Miss Me brand official website, www.missme.com, and through websites affiliated with Sweet People's authorized retail department stores.

33.   In the United States, retail sales of products bearing various Sweet People Design Marks, including the Wide M Design Trademark, have been rapidly increasing since 2008.  Indeed, from 2008 through the present, wholesale sales of jeanswear products bearing Sweet People's design marks have totaled tens of millions of dollars.

34.   Furthermore, Sweet People has expended substantial amounts of money promoting various Sweet People Design Marks, including the Wide M Design, as a source indicator for its goods.  In particular, photographs of jeanswear featuring the Sweet People Design Marks have appeared prominently in advertisements in Lucky, Elle, Harpers Bazaar, Nylon, Teen Vogue, Glitter, and 944 magazines, creating tens of

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  millions of advertising "impressions." In addition, the Sweet People Design Marks

2  have enjoyed unsolicited media coverage in leading mainstream and fashion

3  publications in the United States.

4      35.    Accordingly, in addition to being an inherently distinctive design in and

5  of itself, as a result of Sweet People's uninterrupted and continuing promotion and

6  sale of its line of Miss Me brand jeanswear products bearing the Wide M Design

7  Trademark, and the widespread editorial coverage of such products, the Wide M

8  Design Trademark has acquired distinctiveness, and has developed a strong secondary

9  meaning among consumers and the trade. As a result, this design immediately

10 identifies Sweet People as the exclusive source of products that bears it, and signifies

11 goodwill of incalculable value.

12                  **DEFENDANT'S INFRINGING CONDUCT**

13     36.    Defendant is importing and/or manufacturing, distributing, offering for

14 sale and/or selling, and/or are causing to be manufactured, distributed, offered for sale

15 and/or sold, without authorization or license from Plaintiff, jeanswear products

16 bearing designs that are studied imitations of the Sweet People Copyrighted Designs.

17 On information and belief, Defendant is advertising and promoting and/or causing to

18 be advertised and promoted jeanswear products bearing designs that are studied

19 imitations of the Sweet People Copyrighted Designs. Defendant's products bearing

20 such studied imitations of the Sweet People Copyrighted Designs are hereinafter

21 referred to as the "Infringing Designs."

22     37.    Upon information and belief, Defendant maintains, or at times relevant to

23 this Complaint, has maintained, a place of business in Los Angeles at 2640 East 37th

24 Street, Los Angeles, California, 90058 and maintains, or at times relevant to this

25 Complaint, has maintained, a local working telephone number associated with that

26 address for purposes of conducting its business in California, including in this judicial

27 district. Upon information and belief, Defendant is currently and, at all times relevant

28 hereto, has been engaged in the business of selling apparel products, including

jeanswear bearing the Infringing Designs to retailers.  Defendant has designated an in-state agent for service of process at 2640 East 37th Street, Los Angeles, California, 90058.  Upon information and belief, Defendant is and was, at all times relevant to this complaint, aware that Sweet People is a California company.  Upon information and belief, Defendant solicits and engages in business in California and has substantial and continuous contact with California.

38.    Side-by-side images of Sweet People's M Pocket Design and the design used by Defendant on its jeanswear products, which is a studied imitation of Sweet People's M Pocket Design, are set forth below and attached hereto as Exhibit J.

| Sweet People Jeanswear Bearing the M Pocket Design | Defendant's Infringing Counterpart at Issue |
|---|---|
| | |

39.    Side-by-side images of Sweet People's Paris Design and the design used by Defendant on its jeanswear products, which is a studied imitation of Sweet People's Paris Design, are set forth below and attached hereto as Exhibit K.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| Sweet People Jeanswear Bearing the Paris Design | Defendant's Infringing Counterpart at Issue |
|---|---|



40.   Side-by-side images of Sweet People's Cross Wing Design and the design used by Defendant on its jeanswear products, which is a studied imitation of Sweet People's Cross Wing Design, are set forth below and attached hereto as Exhibit L.

| Sweet People Jeanswear Bearing the Cross Wing Design | Defendant's Infringing Counterpart at Issue |
|---|---|

41.   Side-by-side images of Sweet People's Ivy Cross Design and the design used by Defendant on its jeanswear products which is a studied imitation of Sweet

People's Ivy Cross Design are set forth below and attached hereto as Exhibit M.

| Sweet People Jeanswear Bearing the Ivy Cross Design | Defendant's Infringing Counterpart at Issue |
|---|---|



42.     Side-by-side images of Sweet People's Beaded Cross Design and the design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's Beaded Cross Design are set forth below and attached hereto as Exhibit N.

| Sweet People Jeanswear Bearing the Beaded Cross Design | Defendant's Infringing Counterpart at Issue |
|---|---|

43.     Side-by-side images of Sweet People's Sparkle Cross Design and the design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's Sparkle Cross Design are set forth below and attached hereto as Exhibit O.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware



| Sweet People Jeanswear Bearing the Sparkle Cross Design | Defendant's Infringing Counterpart at Issue |
|---|---|

44.   Side-by-side images of Sweet People's Star Struck Design and the design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's Star Struck Design are set forth below and attached hereto as Exhibit P.

| Sweet People Jeanswear Bearing the Star Struck Design | Defendant's Infringing Counterpart at Issue |
|---|---|

45.   Side-by-side images of Sweet People's Island Flower Design and the design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's Island Flower Design are set forth below and attached hereto as Exhibit Q.

| Sweet People Jeanswear Bearing the Island Flower Design | Defendant's Infringing Counterpart at Issue |
|---|---|
| | |

46.     Defendant imports, and/or manufactures, distributes, offers to sell and/or sells the products bearing the Infringing Designs to wholesalers and, upon information and belief, to retailers, including stores located within the Central District of California.  Upon information and belief, products bearing the Infringing Designs are advertised, promoted and sold to consumers in California.

47.     Rather than going through the effort and expense of developing and creating its own unique, source-identifying designs, Defendant has deliberately, knowingly and faithfully replicated the Sweet People Copyrighted Designs.  As a result, Defendant's jeanswear products bearing the Infringing Designs are likely to cause consumers, either at the point-of-sale or post-sale, to believe that those products are authorized, sponsored, approved, endorsed or licensed by Sweet People, or are in some other way affiliated, associated, or connected with Sweet People.

48.     Upon information and belief, Defendant was aware of the fact that the Sweet People Copyrighted Designs were well-known identifiers of Sweet People as the sources of jeanswear products on which they appeared at the time it began using the Infringing Designs on its jeanswear products.  Accordingly, Defendant has been engaging in the above-described unlawful activities knowingly and intentionally, or with reckless disregard for Sweet People's rights in the Sweet People Copyrighted Designs.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

49.     Upon information and belief, Defendant intends to continue to manufacture, import, distribute, advertise, promote, offer for sale and/or sell products bearing the Infringing Designs, unless otherwise restrained by this Court.

50.     Unless Defendant's conduct is enjoined, such conduct will severely inhibit and/or destroy the ability of the Sweet People Copyrighted Designs to identify Sweet People as the exclusive source of goods to which they are affixed and will damage Sweet People's ability to monetize these designs.

## FIRST CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

51.     The allegations set forth in paragraphs 1 through 50 hereof are adopted and incorporated by reference as if fully set forth herein.

52.     Sweet People is the owner of a U.S. copyright registration for the M Pocket Design, which registration is in full force and effect.

53.     Defendant, without authorization from Sweet People, has distributed, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's M Pocket Design. Upon information and belief, Defendant, without authorization from Sweet People, has also advertised and promoted jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's M Pocket Design.

54.     Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the M Pocket Design.

55.     Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not entitled in law or in equity.

56.     Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the M Pocket Design, and to act in bad faith, unless restrained by this Court.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

57.   Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

58.   The allegations set forth in paragraphs 1 through 57 hereof are adopted and incorporated by reference as if fully set forth herein.

59.   Sweet People is the owner of a U.S. copyright registration for the Paris Design, which registration is in full force and effect.

60.   Defendant, without authorization from Sweet People, has distributed, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Paris Design.  Upon information and belief, Defendant, without authorization from Sweet People, has also advertised and promoted jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Paris Design.

61.   Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the Paris Design.

62.   Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not entitled in law or in equity.

63.   Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the Paris Design, and to act in bad faith, unless restrained by this Court.

64.   Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

## THIRD CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

65.   The allegations set forth in paragraphs 1 through 64 hereof are adopted and incorporated by reference as if fully set forth herein.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

66.   Sweet People is the owner of a U.S. copyright registration for the Cross Wing Design, which registration is in full force and effect.

67.   Defendant, without authorization from Sweet People, has distributed, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Cross Wing Design.  Upon information and belief, Defendant, without authorization from Sweet People, has also advertised and promoted jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Cross Wing Design.

68.   Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the Cross Wing Design.

69.   Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not entitled in law or in equity.

70.   Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the Cross Wing Design, and to act in bad faith, unless restrained by this Court.

71.   Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

72.   The allegations set forth in paragraphs 1 through 71 hereof are adopted and incorporated by reference as if fully set forth herein.

73.   Sweet People is the owner of a U.S. copyright registration for the Ivy Cross Design, which registration is in full force and effect.

74.   Defendant, without authorization from Sweet People, has distributed, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Ivy Cross

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Design.  Upon information and belief, Defendant, without authorization from Sweet

2   People, has also advertised and promoted jeanswear products incorporating designs

3   that were copied from and are substantially similar in overall appearance to Sweet

4   People's Ivy Cross Design.

5           75.   Defendant thereby has willfully infringed and, upon information and

6   belief, is continuing to willfully infringe Sweet People's copyright in the Ivy Cross

7   Design.

8           76.   Upon information and belief, by its acts, Defendant has made and will

9   make substantial profits and gains to which it is not entitled in law or in equity.

10          77.   Upon information and belief, Defendant intends to continue its willful

11  conduct, and will continue to willfully infringe Sweet People's copyright in the Ivy

12  Cross Design, and to act in bad faith, unless restrained by this Court.

13          78.   Defendant's acts have damaged and will continue to irreparably damage

14  Sweet People, and Sweet People has no adequate remedy at law.

15                          **FIFTH CLAIM FOR RELIEF**

16          **COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

17          79.   The allegations set forth in paragraphs 1 through 78 hereof are adopted

18  and incorporated by reference as if fully set forth herein.

19          80.   Sweet People is the owner of a U.S. copyright registration for the Beaded

20  Cross Design, which registration is in full force and effect.

21          81.   Defendant, without authorization from Sweet People, has distributed,

22  sold and offered for sale jeanswear products incorporating designs that were copied

23  from and are substantially similar in overall appearance to Sweet People's Beaded

24  Cross Design.  Upon information and belief, Defendant, without authorization from

25  Sweet People, has also advertised and promoted jeanswear products incorporating

26  designs that were copied from and are substantially similar in overall appearance to

27  Sweet People's Beaded Cross Design.

28          82.   Defendant thereby has willfully infringed and, upon information and