JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>DIAMANTE D JEANS, INC.<br><br>            Defendant. | No.:  CV-13-3641 DMG (FFMx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION [21]** |

The Court, having considered all papers and pleadings on file in this action, including the Stipulation Re Settlement of Action and For Entry of Final Judgment and Permanent Injunction, and having determined that the parties have stipulated to the entry of final judgment in the above-entitled action, enters judgment as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that:

1.      Defendant Diamante D Jeans, Inc., and all of its agents, shareholders, employees, affiliates, officers, representatives and all other persons acting in concert or participation with them or at their direction, and each of them (hereinafter, individually and collectively, "Diamante" or "the Diamante Defendants"), are permanently enjoined from ever doing, attempting, or causing to be done, whether directly or indirectly, by any means, method, or device whatsoever, the following:

(a)      The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any Sweet People product, including, but not limited to, any Miss Me Branded Products, (hereinafter "Sweet People Products") unless Diamante is first authorized to do so in writing by an officer, director or managing agent of Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People"), and/or any non-genuine reproduction, counterfeit, copy or colorable imitation of any such product.

(b)      The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any product which

- 1 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

infringes any of the Sweet People Designs identified in **Exhibit A** hereto or any variants thereof and any designs that are substantially similar thereto;

(c)   The unauthorized use, in any manner whatsoever, of any Sweet People copyright including, but not limited to, the Sweet People Designs identified in **Exhibit A** hereto, any variants, copies and/or simulations thereof and/or any designs that are likely to be substantially similar thereto, including specifically as follows:

(i)    on or in conjunction with any unauthorized product; and

(ii)   in, on, or in conjunction with any unauthorized advertising, promotional materials, labels, hangtags, packaging, websites or other internet materials.

(d)   The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any product which infringes any Sweet People trademark, trade dress and/or trade name including, but not limited to, the Sweet People Trademark identified in **Exhibit B** hereto or any variants, colorable imitations, translations and/or simulations thereof, and/or any trademarks that are likely to be confusingly similar thereto;

(e)   The unauthorized use, in any manner whatsoever, of the Sweet People Trademark identified in **Exhibit B** hereto, any variants, colorable imitations, translations and/or simulations thereof, and/or any trademarks that are likely to be confusingly similar thereto, including specifically, as follows:

(i)    on or in conjunction with any product; and

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

(ii) in, on, or in conjunction with any advertising, promotional materials, labels, hangtags, packaging, websites or other internet materials.

(f) Engaging in any activity which constitutes unfair competition with Sweet People or acts and practices that deceive the public and/or the trade, including, without limitation, the use of design elements and/or designations associated with Sweet People and/or its products.

(g) Using, at any time, any Internet domain name that includes SWEET PEOPLE, MISS ME, or any variant thereof.

2. If Diamante, or any of its agents, shareholders, employees, affiliates, officers, representatives or other persons acting in concert or participation with them, or at Diamante's direction, breach any of the terms of this Final Judgment and Permanent Injunction (the "Permanent Injunction"), Sweet People shall have the right to recover sanctions against Diamante including, but not limited to, sanctions for contempt of court.

3. Sweet People shall recover from Diamante all costs and reasonable attorneys' fees incurred in seeking enforcement of this Permanent Injunction and/or in seeking any remedy based upon the failure of Diamante to comply herewith.

4. This is a Final Judgment and is enforceable upon entry.  The Parties have waived findings of fact, conclusions of law, a statement of decision, and any right to set aside this Judgment, appeal herefrom, seek a new trial, or otherwise contest the validity of this Judgment in any way whatsoever.

5.      Service on counsel for Diamante or any then current member, manager or officer of Diamante of a copy of this Judgment shall constitute notice to Diamante.

DATED:   April 23, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT AND PERMANENT INJUNCTION

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-733-503**

Effective date of
registration:
September 3, 2010

---

## Title
          **Title of Work:** Wide M Pocket Stitch Design

## Completion/Publication
        **Year of Completion:** 2008
   **Date of 1st Publication:** August 15, 2008       **Nation of 1st Publication:** United States

## Author
         ■    **Author:** Sweet People Apparel, Inc.
      **Author Created:** Artwork Applied To Clothing

   **Work made for hire:** Yes
        **Citizen of:** United States

## Copyright claimant
   **Copyright Claimant:** Sweet People Apparel, Inc.
                  4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions
   **Organization Name:** Sweet People Apparel, Inc.
         **Address:** 4715 S. Alameda Street

              Los Angeles, CA 90058 United States

## Certification
          **Name:** Brent S. LaBarge
           **Date:** September 3, 2010
 **Applicant's Tracking Number:** 21406.001



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
**VA 1-770-595**

**Effective date of
registration:**

April 14, 2011

---

### Title

Title of Work: Paris Design JP5341B

### Completion/Publication

Year of Completion: 2010

Date of 1st Publication: January 24, 2011    Nation of 1st Publication: United States

### Author

■   Author: Sweet People Apparel, Inc.

Author Created: Artwork applied to clothing

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

### Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058, United States

### Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda St.

Los Angeles, CA 90058  United States

### Certification

Name: Lilly Kim

Date: April 14, 2011

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-740-392

**Effective date of
registration:**

September 20, 2010

---

## Title

**Title of Work:** Cross Wing JP5117

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 13, 2009   **Nation of 1st Publication:** United States

## Author

■   **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Name:** Lilly Kim

**Email:** lillykim@missme.com   **Telephone:** 323-235-7307

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

## Certification

**Name:** Lilly Kim

**Date:** September 20, 2010

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-786-494

**Effective date of
registration:**
August 16, 2011

---

### Title

Title of Work: Ivy Cross JP5335

### Completion/ Publication

Year of Completion: 2010

Date of 1st Publication: February 23, 2011      Nation of 1st Publication: United States

### Author

■       Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied to Clothing

Work made for hire: Yes

Domiciled in: United States

### Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

### Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda Street

Los Angeles,  90058  United States

### Certification

Name: Alan C. Veronick

Date: August 16, 2011

Applicant's Tracking Number: 21406.001



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-741-621

**Effective date of
registration:**

September 28, 2010

## Title ─────────────────────────────────

Title of Work: Beaded Cross JP5046

## Completion/Publication ────────────────

Year of Completion: 2008

Date of 1st Publication: January 8, 2009        Nation of 1st Publication: United States

## Author ────────────────────────────────

Author: Sweet People Apparel, Inc.

Author Created: Artwork applied to clothing

Work made for hire: Yes

Citizen of: United States        Domiciled in: United States

## Copyright claimant ────────────────────

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058, United States

## Rights and Permissions ────────────────

Organization Name: Sweet People Apparel, Inc.

Name: Lilly  Kim

Email: lillykim@missme.com        Telephone: 323-235-7307

Address: 4715 S. Alameda St.

Los Angeles, CA 90058 United States

## Certification ─────────────────────────

Name: Lilly Kim

Date: September 28, 2010



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-716-852**

Effective date of
registration:

May 26, 2010

---

**Title**
Title of Work: SPARKLE CROSS DESIGN

**Completion/Publication**
Year of Completion: 2008
Date of 1st Publication: October 22, 2008       Nation of 1st Publication: United States

**Author**
■      Author: Sweet People Apparel, Inc.
Author Created: 2-dimensional artwork, jewelry design
Work made for hire: Yes
Citizen of: United States

**Copyright claimant**
Copyright Claimant: Sweet People Apparel, Inc.
4715 S. Alameda Street, Los Angeles, CA 90058, United States

**Rights and Permissions**
Organization Name: Sweet People Apparel, Inc.
Address: 4715 S. Alameda Street
Los Angeles, CA 90058  United States

**Certification**
Name: Brent S. LaBarge
Date: May 26, 2010
Applicant's Tracking Number: 21406.001



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-800-251**

**Effective date of registration:**

January 27, 2012

---

### Title

Title of Work: Star Struck JW 6043

### Completion/Publication

Year of Completion:  2008

Date of 1st Publication:  August 8, 2008          Nation of 1st Publication:  United States

### Author

■          Author:  Sweet People Apparel, Inc.

Author Created:  Artwork Applied to Clothing

Work made for hire:  Yes

Citizen of:  United States          Domiciled in:  United States

### Copyright claimant

Copyright Claimant:  Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058

### Rights and Permissions

Organization Name:  Sweet People Apparel, Inc.

Address:  4715 S. Alameda St.

Los Angeles, CA 90058

### Certification

Name:  Lilly Kim

Date:  January 27, 2012

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-827-453

**Effective date of
registration:**

June 8, 2012

---

## Title

Title of Work: Island Flower JP5473B

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: March 27, 2012     Nation of 1st Publication: United States

## Author

Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied to Clothing

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058

## Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Name: Lilly Kim

Email: lillykim@missme.com     Telephone: 323-235-7300

Address: 4715 S. Alameda St.

Los Angeles, CA 90058

## Certification

Name: Lilly Kim

Date: June 8, 2012

---

Exhibit A
Page 15 of 17

**Registration #:**  VA0001827453
**Service Request #:**  1-778473006



Sweet People Apparel, Inc.
Lilly Kim
4715 S. Alameda St.
Los Angeles, CA 90058



# EXHIBIT B

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,039,938**

**Registered Oct. 11, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA STREET
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS, PANTS, SHORTS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-5-2008; IN COMMERCE 8-15-2008.

THE MARK CONSISTS OF A STYLIZED LETTER "M" DISPLAYED ON A POCKET. THE DOTTED OUTLINE IN THE MARK IS INTENDED TO SHOW THE POSITION OF THE MARK ON THE POCKET AND IS NOT PART OF THE MARK.

SER. NO. 85-139,716, FILED 9-28-2010.

MICHAEL TANNER, EXAMINING ATTORNEY





Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information.** With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.

Page: 2 / RN # 4,039,938